# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARITZA MARCIAL TORRES

DEBTOR

CASE NUMBER: 25-02687 MAG

CHAPTER 13

## MOTION TO AMEND SCHEDULE A/B AND C

**TO THE HONORABLE COURT:**

**NOW COMES DEBTOR**, through the undersigned attorney, and respectfully states and prays:

1. Debtor hereby amends Schedule A/B to correct the account number of BPPR.
2. Debtor hereby amends Schedule C to show changes made on Schedule A/B.

**WHEREFORE**, Debtor respectfully prays for this Court to take notice of the above stated.

**14 DAYS NOTICE**: Within fourteen days (14) after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification

of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico, this 5th day of August, 2024.

            BUFETE EMMANUELLI CSP

            /s/Rolando Emmanuelli Jiménez
            ROLANDO EMMANUELLI JIMÉNEZ
            USDC 214105
            P O Box 10779
            Ponce, PR 00732-0779
            TEL. (787) 848-0666  Fax 787-841-1435
            E-mail: rolando@emmanuelli.law

# LIST OF CREDITORS

25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |PO BOX 366818|SAN JUAN, PR 00936-6818 ||||
25-02687-MAG13|EMI EQUITY MORTGAGE, INC. |MARTINEZ & TORRES LAW OFFICES P.S.C.|PO BOX 192938|SAN JUAN, PR 00919-3409|||
25-02687-MAG13|ORIENTAL BANK CCU |CCU BANKRUPTCY DEPARTMENT|PO BOX 364745|SAN JUAN, PR 00936-4745|||
25-02687-MAG13|AMERICAN EXPRESS |P O BOX 981537|El Paso TX 79998-1537| |||
25-02687-MAG13|APPLE CARD / GS BANK USA |LOCKBOX 6112|PO BOX 7247|PHILADELPHIA PA 19170-0001| ||
25-02687-MAG13|ASOCIACION DE EMPLEADOS DEL ELA|ATTN IRITZA ORTIZ ECHEVARRIA|PO BOX 364508|SAN JUAN PR 00936-4508|||preferred
25-02687-MAG13|AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS|P O BOX 7066|SAN JUAN PR 00916-7066||||preferred
25-02687-MAG13|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern PA 19355-0701| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |BANKRUPTCY DEPARTMENT|PO BOX 366818|SAN JUAN PR 00936-6818| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |DEPARTAMENTO LEGAL|P O BOX 362708|San Juan PR 00936-2708| ||
25-02687-MAG13|BANK OF AMERICA |PO BOX 982238|EL PASO TX 79998-2238| |||
25-02687-MAG13|BARCLAYS BANK DELAWARE |PO BOX 8803|WILMINGTON DE 19899-8803| |||
25-02687-MAG13|CITI CARDS / CITIBANK |PO BOX 6241|SIOUX FALLS SD 57117-6241|
25-02687-MAG13|CREDICOOP SAN BLAS |P O BOX 319|COAMO PR 00769-0319| |||
25-02687-MAG13|Credicoop San Blas c/o Lemuel Negron Colon |PO Box 801478|Coto Laurel, PR 00780-1478| |||
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred duplicate
25-02687-MAG13|EVERGREEN / FREEDOM FINANCIAL |10509 PROFESSIONAL CIR STE 202|RENO NV 89521-4884| |||
25-02687-MAG13|HOME DEPOT CREDIT SERVICES |PO BOX 790328|SAINT LOUIS MO 63179-0328| |||
25-02687-MAG13|JPMCB CARD SERVICES |PO BOX 15369|WILMINGTON DE 19850-5369| |||
25-02687-MAG13|LIBERTY CABLEVISION |PO BOX 71496|San Juan PR 00936-8596| |||
25-02687-MAG13|LUMA ENERGY|REVENUE PROTECTION|PO BOX 364267|SAN JUAN PR 00936-4267|||preferred
25-02687-MAG13|ORIENTAL BANK |P O BOX 364745|San Juan PR 00936-4745| |||
25-02687-MAG13|PCI FINANCIAL | |||||undeliverable
25-02687-MAG13|POPULAR AUTO |P O BOX 15011|San Juan PR 00902-8511| |||
25-02687-MAG13|PREFERRED CREDIT  INC|628 ROOSEVELT ROAD SUITE #100|SAINT CLOUD MN 56301-4867||||preferred
25-02687-MAG13|SYNCHRONY BANK / HOME |P O BOX 965036|Orlando FL 32896-5036|
25-02687-MAG13|WELLS FARGO BANK |P O BOX 393|MINNEAPOLIS MN 55480-0393| |||

**Fill in this information to identify your case and this filing:**

Debtor 1: **MARITZA MARCIAL TORRES**
First Name    Middle Name    Last Name

Debtor 2 (Spouse, if filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **25-02687-13**

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1

**URB. ARROYO DEL MAR**
**127 CALLE CARIBE**
Street address, if available, or other description

**ARROYO**    **PR**    **00714-0000**
City    State    ZIP Code

**ARROYO**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**CONCRETE HOUSE**
**4 BEDROOM AND 2 BATHROOM**
**303.637 MC**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $105,000.00
**Current value of the portion you own?** $105,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**OWNER**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................=>    **$105,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1 **MARITZA MARCIAL TORRES**  Case number *(if known)* **25-02687-13**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☒ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>  **$0.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

   | BED ROOM SET $300, BED ROOM SET $300, BED ROOM SET $300, LIVING ROOM SET $200, REFRIGERATOR $400, STOVE $200, MICROWAVE $75, KITCHENWARE SET $100, WASHER $200, DRYER $100, AIR CONDITIONER $250, AIR CONDITIONER $250, AIR CONDITIONER $250, AIR CONDITIONER $250, AIR CONDITIONER $250 | **$3,425.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

   | TV $75, TV $75, LAPTOP $150 | **$300.00** |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No

■ Yes.  Describe.....

|  |  |
|---|---:|
| **CLOTHING** | **$200.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

|  |  |
|---|---:|
| **JEWELRY** | **$250.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

|  |  |
|---|---:|
| **2 DOGS** | **$100.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................     **$4,275.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                  Institution name:

| | | | |
|---|---|---|---:|
| | 17.1. | **CHECKING** | **BANCO POPULAR** ACCOUNT NUMBER X0011    **$711.22** |
| | 17.2. | **SHARES** | **CREDI COOP SAN BLAS** ACCOUNT NUMBER X 7784    **$4,513.97** |
| | 17.3. | **SAVINGS AND DIVIDENDS** | **AEELA**    **$45,161.78** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                  Institution or issuer name:

| Debtor 1 | **MARITZA MARCIAL TORRES** | Case number *(if known)* **25-02687-13** |
|---|---|---|

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes. Give specific information about them...................
            Name of entity:        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | **RETIREMENT** | **106 RETIREMENT PLAN** | **$108,390.74** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. .....................     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Debtor 1 **MARITZA MARCIAL TORRES**  Case number *(if known)* **25-02687-13**

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**  **$158,777.71**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ...................................**  **$0.00**

Official Form 106A/B                        Schedule A/B: Property                        page 5

Debtor 1   **MARITZA MARCIAL TORRES**    Case number *(if known)*   **25-02687-13**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................................................ $105,000.00
56. **Part 2: Total vehicles, line 5**   $0.00
57. **Part 3: Total personal and household items, line 15**   $4,275.00
58. **Part 4: Total financial assets, line 36**   $158,777.71
59. **Part 5: Total business-related property, line 45**   $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00
61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.** Add lines 56 through 61...   $163,052.71   Copy personal property total   $163,052.71

63. **Total of all property on Schedule A/B**. Add line 55 + line 62   $268,052.71

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **MARITZA MARCIAL TORRES** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 25-02687-13 | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **URB. ARROYO DEL MAR 127 CALLE CARIBE ARROYO, PR 00714 ARROYO County CONCRETE HOUSE 4 BEDROOM AND 2 BATHROOM 303.637 MC**<br>Line from *Schedule A/B*: **1.1** | $105,000.00 | ■ $42,048.73<br>☐ 100% of fair market value, up to any applicable statutory limit | **Law No. 55-2020, Title 3, Ch. 1, Art. 1157(a)** |
| **BED ROOM SET $300, BED ROOM SET $300, BED ROOM SET $300, LIVING ROOM SET $200, REFRIGERATOR $400, STOVE $200, MICROWAVE $75, KITCHENWARE SET $100, WASHER $200, DRYER $100, AIR CONDITIONER $250, AIR CONDITIONER $250, AIR CONDITIONER $250, AIR CONDITIONER $2**<br>Line from *Schedule A/B*: **6.1** | $3,425.00 | ■ $3,425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Law No. 55-2020, Title 3, Ch. 1, Art. 1157(b)** |
| **TV $75, TV $75, LAPTOP $150**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Law No. 55-2020, Title 3, Ch. 1, Art. 1157(b)** |

| Debtor 1 **MARITZA MARCIAL TORRES** | | Case number (if known) **25-02687-13** | |
|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
| **CLOTHING** Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Law No. 55-2020, Title 3, Ch. 1, Art. 1157(c)** |
| **CHECKING: BANCO POPULAR ACCOUNT NUMBER X0011** Line from *Schedule A/B*: **17.1** | $711.22 | ■ $533.42 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **32 P.R. Laws Ann. § 1130(7)** |
| **RETIREMENT: 106 RETIREMENT PLAN** Line from *Schedule A/B*: **21.1** | $108,390.74 | ■ $108,390.74 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Law No. 55-2020, Title 3, Ch. 1, Art. 1157(j)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 2 of 2
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# Fill in this information to identify your case:

Debtor 1: **MARITZA MARCIAL TORRES**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **25-02687-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ MARITZA MARCIAL TORRES**            X _____
**MARITZA MARCIAL TORRES**                    Signature of Debtor 2
Signature of Debtor 1

Date **August 5, 2025**                       Date