# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-02687 MAG |
| MARITZA MARCIAL TORRES | |
| DEBTOR | CHAPTER 13 |

## MOTION TO INFORM

**TO THE HONORABLE COURT:**

**NOW COMES DEBTOR**, through the undersigned attorney, and respectfully states and prays:

1. On August 14, 2025, the Chapter 13 Trustee filed Trustee's Report on Confirmation, which stated that: Child support income has not been listed in Schedule I. According SCMI details income is for $295.60 - Plan does not comply with the unsecured pool of $22,303.20, plan only disburses $16,930.60 to all general unsecured creditors. - Plan part 5.1 does not disclose case unsecured pool of $22,303.20. (Docket Entry 16)

2. On August 18, 2025, Debtor filed amended Chapter 13 Plan to amend part 5.1 to correct case unsecured pool. (Docket Entry 18) Debtor does not amend the plan base because actual plan base is $31,670.00, is sufficiently to comply with secured creditor and with the unsecured pool.

3. Debtor inform that she no longer receives income from Child Support (ASUME) since her son has reached legal age (18 years). The money she received in the previous 6 months was the final payments for the arrears. See negative certification from ASUME.

4. In accordance with the above, we have fulfilled all outstanding matters listed in the

case.

**WHEREFORE**, Debtor respectfully prays for this Court to take notice of the above stated.

**14 DAYS NOTICE**: Within fourteen days (14) after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico, this 18th day of August, 2025.

BUFETE EMMANUELLI CSP

/s/Rolando Emmanuelli Jiménez
ROLANDO EMMANUELLI JIMÉNEZ
USDC 214105
P O Box 10779
Ponce, PR 00732-0779
TEL. (787) 848-0666  Fax 787-841-1435
E-mail: rolando@emmanuelli.law

## LIST OF CREDITORS

25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |PO BOX 366818|SAN JUAN, PR 00936-6818 ||||
25-02687-MAG13|EMI EQUITY MORTGAGE, INC. |MARTINEZ & TORRES LAW OFFICES P.S.C.|PO BOX 192938|SAN JUAN, PR 00919-3409|||
25-02687-MAG13|ORIENTAL BANK CCU |CCU BANKRUPTCY DEPARTMENT|PO BOX 364745|SAN JUAN, PR 00936-4745|||
25-02687-MAG13|AMERICAN EXPRESS |P O BOX 981537|El Paso TX 79998-1537| |||
25-02687-MAG13|APPLE CARD / GS BANK USA |LOCKBOX 6112|PO BOX 7247|PHILADELPHIA PA 19170-0001| ||
25-02687-MAG13|ASOCIACION DE EMPLEADOS DEL ELA|ATTN IRITZA ORTIZ ECHEVARRIA|PO BOX 364508|SAN JUAN PR 00936-4508|||preferred
25-02687-MAG13|AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS|P O BOX 7066|SAN JUAN PR 00916-7066||||preferred
25-02687-MAG13|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern  PA 19355-0701| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |BANKRUPTCY DEPARTMENT|PO BOX 366818|SAN JUAN PR 00936-6818| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |DEPARTAMENTO LEGAL|P O BOX 362708|San Juan PR 00936-2708| ||
25-02687-MAG13|BANK OF AMERICA |PO BOX 982238|EL PASO TX 79998-2238| |||
25-02687-MAG13|BARCLAYS BANK DELAWARE |PO BOX 8803|WILMINGTON DE 19899-8803| |||
25-02687-MAG13|CITI CARDS / CITIBANK |PO BOX 6241|SIOUX FALLS SD 57117-6241|
25-02687-MAG13|CREDICOOP SAN BLAS |P O BOX 319|COAMO PR 00769-0319| |||
25-02687-MAG13|Credicoop San Blas c/o Lemuel Negron Colon |PO Box 801478|Coto Laurel, PR 00780-1478| |||
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred duplicate
25-02687-MAG13|EVERGREEN / FREEDOM FINANCIAL |10509 PROFESSIONAL CIR STE 202|RENO NV 89521-4884| |||
25-02687-MAG13|HOME DEPOT CREDIT SERVICES |PO BOX 790328|SAINT LOUIS MO 63179-0328| |||
25-02687-MAG13|JPMCB CARD SERVICES |PO BOX 15369|WILMINGTON DE 19850-5369| |||
25-02687-MAG13|LIBERTY CABLEVISION |PO BOX 71496|San Juan PR 00936-8596| |||
25-02687-MAG13|LUMA ENERGY|REVENUE PROTECTION|PO BOX 364267|SAN JUAN PR 00936-4267|||preferred
25-02687-MAG13|ORIENTAL BANK |P O BOX 364745|San Juan PR 00936-4745| |||
25-02687-MAG13|PCI FINANCIAL | |||||undeliverable
25-02687-MAG13|POPULAR AUTO |P O BOX 15011|San Juan PR 00902-8511| |||
25-02687-MAG13|PREFERRED CREDIT  INC|628 ROOSEVELT ROAD SUITE #100|SAINT CLOUD MN 56301-4867||||preferred

25-02687-MAG13|SYNCHRONY BANK / HOME |P O BOX 965036|Orlando FL 32896-5036|
25-02687-MAG13|WELLS FARGO BANK |P O BOX 393|MINNEAPOLIS MN 55480-0393| |||

25-02087



ADMINISTRACIÓN PARA
EL SUSTENTO DE MENORES
**ASUME**
GOBIERNO DE PUERTO RICO

Fecha: 5/30/2025
*Date:*

Nombre del solicitante: **Maritza Marcial Torres**
*Applicant's name:*

Seguro Social: **xxx-xx-0236**
*Social Security #:*

Fecha de Nacimiento:
*Date of Birth*

## CERTIFICACION NEGATIVA DE CASO DE PENSION ALIMENTARIA
### NEGATIVE CERTIFICATE OF CHILD SUPPORT CASE

Se ha efectuado una búsqueda en nuestro sistema de manejo de casos y de la misma se desprende que, a la fecha de esta certificación:
*A search in our case management system shows that, at the date of this certificate:*

**Maritza Marcial Torres**

no tiene caso de pensión alimentaria a través de la Administración para el Sustento de Menores.
*does not have a child support case through the Administration for Child Support Enforcement.*

La información incluida en este documento es válida por noventa (90) días a partir de la fecha de emisión.
*The information included in this document is valid for ninety (90) days after the issuing date.*

20250530 20250828114723