# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-02687 MAG |
| MARITZA MARCIAL TORRES | |
| DEBTOR | CHAPTER 13 |

## MOTION TO AMEND CHAPTER 13 PLAN

TO THE HONORABLE COURT:

**NOW COMES DEBTOR**, through the undersigned attorney, and respectfully states and prays:

1. The Debtor hereby submits an amended Chapter 13 plan amend part 2.1 to increase plan base and to amend 3.7 to include secured creditor Preferred Credit, Inc.

**WHEREFORE**, Debtor respectfully prays for this Court to confirm the Chapter 13 payment plan.

**21 DAYS NOTICE**: Within twenty one days (21) after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically

filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico, this 2nd day of September, 2025.

                                      BUFETE EMMANUELLI CSP

                                      /s/Rolando Emmanuelli Jiménez
                                      ROLANDO EMMANUELLI JIMÉNEZ
                                      USDC 214105
                                      P O Box 10779
                                      Ponce, PR 00732-0779
                                      TEL. (787) 848-0666  Fax 787-841-1435
                                      E-mail: rolando@emmanuelli.law

# LIST OF CREDITORS

25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |PO BOX 366818|SAN JUAN, PR 00936-6818 ||||
25-02687-MAG13|EMI EQUITY MORTGAGE, INC. |MARTINEZ & TORRES LAW OFFICES P.S.C.|PO BOX 192938|SAN JUAN, PR 00919-3409|||
25-02687-MAG13|ORIENTAL BANK CCU |CCU BANKRUPTCY DEPARTMENT|PO BOX 364745|SAN JUAN, PR 00936-4745|||
25-02687-MAG13|AMERICAN EXPRESS |P O BOX 981537|El Paso TX 79998-1537| |||
25-02687-MAG13|APPLE CARD / GS BANK USA |LOCKBOX 6112|PO BOX 7247|PHILADELPHIA PA 19170-0001| ||
25-02687-MAG13|ASOCIACION DE EMPLEADOS DEL ELA|ATTN IRITZA ORTIZ ECHEVARRIA|PO BOX 364508|SAN JUAN PR 00936-4508|||preferred
25-02687-MAG13|AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS|P O BOX 7066|SAN JUAN PR 00916-7066||||preferred
25-02687-MAG13|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern PA 19355-0701| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |BANKRUPTCY DEPARTMENT|PO BOX 366818|SAN JUAN PR 00936-6818| ||
25-02687-MAG13|BANCO POPULAR DE PUERTO RICO |DEPARTAMENTO LEGAL|P O BOX 362708|San Juan PR 00936-2708| ||
25-02687-MAG13|BANK OF AMERICA |PO BOX 982238|EL PASO TX 79998-2238| |||
25-02687-MAG13|BARCLAYS BANK DELAWARE |PO BOX 8803|WILMINGTON DE 19899-8803| |||
25-02687-MAG13|CITI CARDS / CITIBANK |PO BOX 6241|SIOUX FALLS SD 57117-6241|
25-02687-MAG13|CREDICOOP SAN BLAS |P O BOX 319|COAMO PR 00769-0319| |||
25-02687-MAG13|Credicoop San Blas c/o Lemuel Negron Colon |PO Box 801478|Coto Laurel, PR 00780-1478| |||
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred
25-02687-MAG13|EMI EQUITY MORTGAGE|PO BOX 195442|SAN JUAN PR 00919-5442||||preferred duplicate
25-02687-MAG13|EVERGREEN / FREEDOM FINANCIAL |10509 PROFESSIONAL CIR STE 202|RENO NV 89521-4884| |||
25-02687-MAG13|HOME DEPOT CREDIT SERVICES |PO BOX 790328|SAINT LOUIS MO 63179-0328| |||
25-02687-MAG13|JPMCB CARD SERVICES |PO BOX 15369|WILMINGTON DE 19850-5369| |||
25-02687-MAG13|LIBERTY CABLEVISION |PO BOX 71496|San Juan PR 00936-8596| |||
25-02687-MAG13|LUMA ENERGY|REVENUE PROTECTION|PO BOX 364267|SAN JUAN PR 00936-4267|||preferred
25-02687-MAG13|ORIENTAL BANK |P O BOX 364745|San Juan PR 00936-4745| |||
25-02687-MAG13|PCI FINANCIAL | |||||undeliverable
25-02687-MAG13|POPULAR AUTO |P O BOX 15011|San Juan PR 00902-8511| |||
25-02687-MAG13|PREFERRED CREDIT  INC|628 ROOSEVELT ROAD SUITE #100|SAINT CLOUD MN 56301-4867||||preferred
25-02687-MAG13|SYNCHRONY BANK / HOME |P O BOX 965036|Orlando FL 32896-5036|
25-02687-MAG13|WELLS FARGO BANK |P O BOX 393|MINNEAPOLIS MN 55480-0393| |||

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re: **MARITZA MARCIAL TORRES**

xxx-xx-0236

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** September 2, 2025 .

Case No.: **25-02687-13**

Chapter 13

☑ Check if this is a pre-confirmation amended plan

☐ Check if this is a post confirmation amended plan
Proposed by:
☐ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

If this is an amended plan, list below the sections of the plan that have been changed.
**Part 2.1 and 3.7**

---

## PART 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1    Debtor(s) will make payments to the trustee as follows:

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $400.00 | Months **1** through **1** | $400.00 | |
| $530.00 | Months **2** through **3** | $1,060.00 | |

| | $655.00 | Months **4** through **60** | | $37,335.00 | |
|---|---|---|---|---|---|
| | Subtotals | **60** Months | | $38,795.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
- ☑ Debtor(s) will make payments directly to the trustee.
- ☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

# PART 3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- ☑ The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **EQUITY MORTGAGE** | **URB. ARROYO DEL MAR 127 CALLE CARIBE ARROYO, PR** | $436.76<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $1,395.11 | | _____ Months Starting on Plan Month _____ | $1,395.11 |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

Debtor **MARITZA MARCIAL TORRES**  Case number **25-02687-13**

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

   *Check one.*

   ☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

   *Check one.*

   ☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

   *Check one.*

   ☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

   ☑ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of creditor | Collateral |
|---|---|
| ASOCIACION DE EMPLEADOS DE AEELA | SAVINGS AND DIVIDENDS: AEELA |
| CREDICOOP SAN BLAS | SHARES: CREDI COOP SAN BLAS ACCOUNT NUMBER X 7784 |

*Insert additional claims as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

   ☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| **-NONE-** | | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

   *Check one.*

   ☐ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

   ☑ Secured claims listed below shall be modified pursuant to 11 U.S.C. § 1322(b)(2) and/or § 1322(c)(2). Upon confirmation, the trustee shall pay the allowed claim as expressly modified by this section, at the annual interest rate and monthly payments described below. Any listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If no monthly payment amount is listed below, distribution will be prorated according to plan section 7.2.

| Name of creditor | Claim ID# | Claim Amount | Modified interest rate | Modified term (*Months*) | Modified P&I | Property taxes (*Escrow*) | Property Insurance (*Escrow*) | Total monthly payment | Estimated total PMTs by trustee |
|---|---|---|---|---|---|---|---|---|---|
| **PREFERRED CREDIT INC** | 7794 | $7,793.85 | | | | | | | $7,793.85 |

| Debtor | **MARITZA MARCIAL TORRES** | | | | | Case number | | **25-02687-13** | |
|---|---|---|---|---|---|---|---|---|---|
| Name of creditor | Claim ID# | Claim Amount | Modified interest rate | Modified term (*Months*) | Modified P&I | Property taxes (*Escrow*) | Property Insurance (*Escrow*) | Total monthly payment | Estimated total PMTs by trustee |
| | | ☑ To be paid in full 100% | | | | | | Starting on Plan Month _ | |

*Insert additional claims as needed.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☑ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

Attorney's fees paid pre-petition: $ 773.75
Balance of attorney's fees to be paid under this plan are estimated to be: $ 3,226.25
If this is a post-confirmation amended plan, estimated attorney's fees: $ ___

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**
*Check one.*
☑ **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1 **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

| Debtor | **MARITZA MARCIAL TORRES** | Case number | **25-02687-13** |
|---|---|---|---|

☑ The sum of $**22,303.20**.
☐ _____% of the total amount of these claims, an estimated payment of $_____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☑ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**633.00**.

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.**
*Check one*.

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one*.

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments to trustee |
|---|---|---|---|---|---|
| **POPULAR AUTO** | **LEASE 2021 RAM 1500** | $787.84<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | | | |

*Insert additional contracts or leases as needed.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1** **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☐ Plan confirmation.
☑ Entry of discharge.
☐ Other: _____

**7.2** **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)

| Debtor | **MARITZA MARCIAL TORRES** | Case number | **25-02687-13** |
|---|---|---|---|

3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1 Check "None" or list the nonstandard plan provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
**8.2 This Section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to the use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.**

**Suggested wording of retention of Lien:
8.3 This Section modifies LBF-G, Part 3: Retention of Lien: The lien holder of any allowed secured claim, pro-vided for by the plan, in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).**

*Insert additional lines as needed.*

## PART 9: Signature(s)

| /s/ ROLANDO EMMANUELLI JIMENEZ | Date | **September 2, 2025** |
|---|---|---|
| ROLANDO EMMANUELLI JIMENEZ 214105 | | |
| **Signature of Attorney of Debtor(s)** | | |

| /s/ MARITZA MARCIAL TORRES | Date | **September 2, 2025** |
|---|---|---|
| **MARITZA MARCIAL TORRES** | | |

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**